

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00416-CV

**IN THE INTEREST OF A.H., A.H., AND A.H.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00033
Honorable Brenda Chapman, Judge Presiding

# O R D E R

In this accelerated appeal of the June 23, 2015 order terminating Appellant father's parental rights, Appellant father's brief was due to be filed with this court on August 17, 2015. *See* TEX. R. APP. P. 38.6(a). On August 14, 2015, Appellant father filed a motion for a twenty-day extension of time to file his brief.

Appellant father's motion is GRANTED. Appellant father's brief must be filed with this court by September 8, 2015. *See id.* Further motions for extension of time to file Appellant father's brief will be disfavored. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court